# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2209
LT Case No. 2005-CF-000072

_____

SCOTT HARTMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott Hartman, Brooksville, pro se.

No Appearance for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

JAY, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____